

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30082
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Uniqua LaShawn Lydon
   aka Uniqua LaShawn Farmer
409 Modena St
Gastonia, NC 28054
Social Security No.: xxx–xx–1806

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 05/08/2026 as document(s) # 11 is defective for the reason(s) marked below:

Motion makes reference to several Exhibits attached to motion; Exhibits not attached or filed with Motion.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: May 11, 2026

Christine F Ramsey
Clerk of Court

Electronically filed and signed (5/11/26)